LEWIS v. STATE.   (No. 5026.)

(Court of Criminal Appeals of Texas.   May 15, 1918.)

CRIMINAL LAW ⟨⟩1090(8)—APPEAL—RECORD — BILL OF EXCEPTIONS — STATEMENT OF FACTS.

In the absence from the record of a statement of facts or bill of exceptions, sufficiency of the evidence to sustain the verdict cannot be reviewed.

Appeal from District Court, Austin County; M. C. Jeffrey, Judge.

Owen Lewis was convicted of assault to murder, and he appeals. Affirmed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of assault to murder; his punishment being assessed at 15 years' confinement in the penitentiary. There is neither a statement of facts in the record nor bill of exceptions. The only question suggested for revision is the want of sufficient evidence to sustain the verdict of the jury. In the absence of the evidence, this question cannot be reviewed.

The judgment will be affirmed.